**Christopher Joseph BUSH; Robin Leigh Pickering, Petitioners–Appellants,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

**No. 02–1949.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Nov. 27, 2002.

Christopher Joseph Bush, Robin Leigh Pickering, Appellants Pro Se. Eileen J. O'Connor, Assistant Attorney General, Teresa Ellen McLaughlin, Laurie Allyn Snyder, United States Department of Justice, Washington, D.C.; B. John Williams, Jr., Internal Revenue Service, Washington, D.C., for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Christopher Joseph Bush and Robin Leigh Pickering appeal from the tax court's order determining a deficiency with respect to their 1996 federal income tax liability. We have reviewed the record and the tax court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the tax court. *See Bush v. Commissioner*, No. 00–7401 (U.S. Tax Ct. May 14, 2002). We deny Appellants' motion for formal briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*